# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERESA GUERRERO-VALDIVIA,<br><br>Defendants. | Case No. 19-cr-1957-WQH<br><br>**JUDGMENT AND ORDER TO DISMISS** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the information in the above-entitled case be DISMISSED without prejudice as to Defendant Teresa Guerrero-Valdivia.

IT IS SO ORDERED.

Dated: August 26, 2019

_/s/ William Q. Hayes_
Hon. William Q. Hayes
United States District Court